UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD KRAUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CAUSE NO: 2:17-cv-327-RL-APR |
| MATRIX NORTH AMERICAN CONSTRUCTION, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear its/his own costs and attorneys' fees.

Attorneys for Plaintiff                    Attorneys for Defendant

*/s/ Jason P. Cleveland*                    */s/ Aaron R. Gelb (w/ permission)*
Jason P. Cleveland, #2416-53                Aaron R. Gelb
Spenser G. Benge, #33955-48                 Vedder Price, P.C.
CLEVELAND LEHNER CASSIDY                    222 North LaSalle Street, Suite 2600
8250 Haverstick Road, Ste. 235              Chicago IL  60601-1003
Indianapolis, IN 46240


### Certificate of Service

I hereby certify that on November 22, 2017, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*s/ Jason P. Cleveland*
Jason P. Cleveland